IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Caroline Chevalier,                          :        Case No. 2:13-cv-0609

    Plaintiff,                              :
                                                      JUDGE JAMES L. GRAHAM
  v.                                             :
                                                      Magistrate Judge Kemp
Kimberly Barnhart,                        :

    Defendant.                            :

ORDER

    Based on discussions had with counsel during a telephone status conference held on January 4, 2016, this case is stayed for 90 days.  On or before the expiration of the stay, the parties shall submit a written status report to the Court indicating the progress made in the other litigation and shall advise the Court about what further action may be required to dispose of the matter here.

/s/ Terence P. Kemp
United States Magistrate Judge